**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| KELVIN BOYD, | : | |
| Plaintiff, | : | |
| v. | : | 1:04-CV-91 (WLS) |
| SANTOS RODRIGUEZ-GONZALEZ, | : | |
| Defendant. | : | |

## **O R D E R**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 43), filed April August 4, 2006. It is recommended that Defendants' motion for summary judgment (Doc. 26) be denied. Defendant has not filed an objection to the recommendation.

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Defendants' motion for summary judgment (Doc. No. 26) is **DENIED.**

SO ORDERED, this   5th   day of September, 2006.

       /s/W. Louis Sands
**W. Louis Sands, Chief Judge**
**United States District Court**